UNITED STATES COURT OF INTERNATIONAL TRADE

NSK LTD ,

       Plaintiffs,

v.

         Before       WALLACH, Judge
         Consol Court No.    04-00519

UNITED STATES,

       Defendant,

ORDER

      Plaintiffs NSK Ltd , NSK Corp , and NSK Precision America, Inc , and Koyo Seiko Co,
Ltd. and Koyo Seiko Corp. of America have filed motions to stay consideration of Count I of the
Complaint ("Motions to Stay") concerning the Department of Commerce's ("Commerce")
zeroing practice, incorporated into their respective motions for judgment upon the administrative
record, pending the appeals of NSK Ltd. v United States, 358 F Supp 2d 1276 (CIT 2005),
NSK Ltd. v United States, 346 F Supp 2d 1312 (CIT 2004); and SNR Roulements v. United
States, 341 F Supp. 2d 1334 (CIT 2004), as well as pending the resolution of certain dispute
settlement proceedings at the World Trade Organization ("WTO")   Defendant United States and
Defendant-Intervenor Timken US Corporation oppose

      Because the U S  Court of Appeals for the Federal Circuit has upheld Commerce's
zeroing practice, see Corus Staal BV v. United States, 395 F 3d 1343 (Fed Cir. 2005), *reh'g &*
*reh'g en banc denied*, 2005 U S  App. LEXIS 10462 (Fed Cir. 2005), Timken Co  v  United
States, 354 F 3d 1334 (Fed Cir  2004), *reh'g denied*, 2004 U S. App  LEXIS 6741 (Fed Cir.
2004), *cert denied*, 125 S. Ct  412 (2004), this Court will not stay consideration of this issue
pending the aforementioned appeals.  WTO adjudicatory decisions, while possibly persuasive,
are not binding on Commerce or this Court, thus, staying consideration of Commerce's zeroing
practice pending resolution of WTO proceedings is not warranted  See Uruguay Round
Agreements Act, Statement of Administrative Action, H R  Doc  No  103-826, at 1032 (1994),
*reprinted in* 1994 U S.C.C A N. 4040, Timken, 354 F 3d at 1344, Corus Staal, 395 F.3d at 1348

Accordingly, the Court having reviewed the Motions to Stay, and all the pleadings and papers on file herein, and good cause appearing therefor, it is hereby ORDERED that the Motions to Stay are DENIED

_/S/_____ Evan J. Wallach
Judge

Dated  August 23, 2005
       New York, New York

8/24/2005